

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00209-CV

| | | |
|---|---|---|
| In the Interest of A.B. and H.B., Children | § | From the 322nd District Court |
| | § | of Tarrant County (322-437743-08) |
| | § | August 8, 2013 |
| | § | Per Curiam |
| | § | Dissent by Justice Walker |
| | § | (en banc) |

## JUDGMENT ON APPELLEE'S MOTION FOR REHEARING AND MOTION FOR EN BANC CONSIDERATION

After reviewing appellee's motion for rehearing and motion for en banc consideration, we granted the motions on December 21, 2012. We withdraw our September 13, 2012 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM